# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 99-123-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JAMES MICHAEL GUNDERSON, | |
| Defendant. | |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 121) on the grounds that Mr. Gunderson has been recently indicted (CR-21-44-BLG-SPW), which is the basis for the supervised release violation. Therefore,

IT IS HEREBY ORDERED that the revocation hearing currently set for July 22, 2021 at 1:30 p.m., is **VACATED**.

IT IS FURTHER ORDERED that the revocation proceedings are **STAYED** pending the resolution of CR 21-44-BLG-SPW.

1

DATED this 6th day of July, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge